UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 11-CR-1032-68 (PAE) |
| -v- | ORDER |
| MANUEL GERALDO, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

A compassionate release motion was filed on August 11, 2021, by defendant Manuel Geraldo. *See* Dkt. 2629. The Government has not responded to this motion. The Court directs the Government to file a response by April 22, 2022.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 8, 2022
       New York, New York