UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MANUEL GERALDO,

Defendant.

11-CR-1032-68 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the defendant's *pro se* motion for compassionate release (Dkt.

No. 2794).  The Government's response is due **January 30, 2026**.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 15, 2026
        New York, New York